(127 So. 247)

## Allie F. CLEGHORN v. STATE.
### 4 Div. 509.

Court of Appeals of Alabama.
May 7, 1929.

Rehearing Denied June 25, 1929.

Affirmed on Mandate April 22, 1930.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded on authority of Jinright v. State, 220 Ala. 268, 125 So. 604 (4 Div. 482).

PER CURIAM.
Affirmed on authority of Cleghorn v. State (4 Div. 452) 220 Ala. 689, 127 So. 247.